IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KATHLEEN C. BRISCO                                        PLAINTIFF

        v.                Civil No. 04-3078

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                 DEFENDANT

## **JUDGMENT**

Comes now the Court on this 5th day of July, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is affirmed and plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                                    **/s/ Beverly Stites Jones**
                                            _____
                                            HON. BEVERLY STITES JONES
                                            UNITED STATES MAGISTRATE JUDGE